UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA DESIMONE et al., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>      Defendant. | Case No. 1:20-cv-03837-PKC-TAM |

**DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S
NOTICE OF MOTION TO DISMISS THE CONSOLIDATED
<u>CLASS ACTION COMPLAINT</u>**

   PLEASE TAKE NOTICE that Defendant Select Portfolio Servicing, Inc. ("SPS"), by its undersigned counsel, hereby moves this Court for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Consolidated Class Action Complaint filed in this action for failure to state a claim upon which relief can be granted.  In support of its Motion, SPS relies upon the Memorandum of Law in Support of its Motion to Dismiss the Consolidated Class Action Complaint and the Declaration of Alyssa A. Sussman and attached exhibits, filed concurrently herewith, and other case filings referenced in the Memorandum.

Dated: April 22, 2022                                        Respectfully submitted,

/s/ Alyssa A. Sussman
Allison J. Schoenthal
Alyssa A. Sussman
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.459.7284
Fax: 617.801.8854
Email: ASchoenthal@goodwinlaw.com
          ASussman@goodwinlaw.com

Thomas M. Hefferon (*pro hac vice*)
Goodwin Procter LLP
1900 N Street, N.W.
Washington, DC 20036-1612
Tel.: 202.346-.000
Fax: 202.346.4444
Email: thefferon@goodwinlaw.com

*Attorneys for Defendant Select Portfolio Servicing, Inc.*

2

## **CERTIFICATE OF SERVICE**

I, Alyssa A. Sussman, hereby certify that on April 22, 2022, I caused a true and correct copy of the foregoing to be served by electronic mail to all counsel of record pursuant to prior agreement.

/s/ Alyssa A. Sussman
Alyssa A. Sussman
