

| | | |
|---|---|---|
| | Alyssa A. Sussman<br>+1 212 459 7284<br>ASussman@goodwinlaw.com | Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>goodwinlaw.com<br>+1 212 813 8800 |

January 19, 2024

**VIA EMAIL**
Rachel Geman
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013
212-355-9500
rgeman@lchb.com

Re:   *DeSimone, et al. v. Select Portfolio Servicing, Inc.* (No. 1:20-cv-03837-PKC-TAM)

Dear Counsel:

Goodwin Procter LLP represents defendant Select Portfolio Servicing, Inc. ("SPS") in the above-captioned matter. Pursuant to the Honorable Judge Chen's Individual Rule of Practice 3(D), accompanying this cover letter SPS is serving: (1) SPS' Notice of Motion to Dismiss the First Amended Consolidated Class Action Complaint; (2) SPS' Memorandum of Law in Support of its Motion to Dismiss the First Amended Consolidated Class Action Complaint; and (3) the Declaration of Alyssa A. Sussman in Support of SPS' Motion to Dismiss the First Amended Consolidated Class Action Complaint, with accompanying Exhibits. The aforementioned papers will be electronically filed in this matter on or before February 26, 2024, at which time SPS' Motion to Dismiss the First Amended Consolidated Class Action Complaint will be fully briefed.

Sincerely,

Alyssa A. Sussman
Counsel for Defendant Select Portfolio Servicing, Inc.

cc:   All Counsel of Record (via ECF)